Barbara A. SAVONA, Plaintiff–Appellant,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant–Appellee.

No. 93–2281

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 1, 1995.

Charles E. Davis, Pitts, Davis & Morris, P.A., Orlando, FL, for appellant.

Melissa Arony, Eubanks, Hilyard, Rumbley, Meier & Lengauer, P.A., Orlando, FL, for appellee.

Before TJOFLAT, Chief Judge, HATCHETT and COX, Circuit Judges.

PER CURIAM:

We certified the following question to the Supreme Court of Florida:

WHETHER, UNDER FLA.STAT.ANN. § 627.6675, A CONVERSION INSURANCE POLICY MUST PROVIDE BENEFITS EQUAL TO THOSE PROVIDED UNDER THE ORIGINAL GROUP INSURANCE POLICY.

*Savona v. Prudential Ins. Co. of Am.,* 51 F.2d 230, 232 (11th Cir.1993). Our earlier opinion contains a statement of the relevant facts and proceedings.

The Supreme Court of Florida has answered the question in the negative. *Savona v. Prudential Ins. Co. of Am.,* 648 So.2d 705 (Fla.1995). In light of the supreme court's opinion, the district court's judgment is AFFIRMED.

IT IS SO ORDERED.

U.S. TAXPAYERS PARTY OF FLORIDA; Howard Phillips; A.W. Knight, Jr.; Robert G. "Bud" Feather; Al Clark; Ron Cole, Plaintiffs–Appellants,

v.

Jim SMITH, in his official capacity as Secretary of State of the State of Florida, Defendant–Appellee.

No. 93–2835.

United States Court of Appeals, Eleventh Circuit.

May 1, 1995.

Gary Sinawski, New York City, Jerry Traynham, Tallahassee, FL, for appellants.

George L. Waas, Atty. Gen. of Florida, Dept. of Legal Affairs, Tallahassee, FL, for appellee.

Before EDMONDSON and CARNES, Circuit Judges, and HENDERSON, Senior Circuit Judge.

PER CURIAM:

The district court's judgment in this case was entered without error of law and is AFFIRMED.